# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | Case No. 1:10CR00035 |
| v. ) | **ORDER** |
| ) | |
| **JOHN LOCKE HAMBY, JR.**, ) | By: James P. Jones |
| ) | United States District Judge |
| Defendant. ) | |

It appearing from information supplied by the Virginia Department of Corrections that the defendant John Locke Hamby, Jr., USM Number 15684-084, while serving a state sentence, is now deceased, it is directed that the detainer filed with the Virginia Department of Corrections based upon the Judgment entered by this court on July 13, 2013, in which the defendant was sentenced to a term of imprisonment, shall be withdrawn and dismissed.

It is so **ORDERED**.

The Clerk shall supply a copy of this Order to counsel of record and to the U.S. Marshals Service, c/o Marcus Ball and Christine Dinnerville.

ENTER: March 1, 2017

/s/ JAMES P. JONES
United States District Judge